UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

DONALD BLAIR and DEBBIE HOLLAND, on behalf of themselves, and all others similarly situated,

    Plaintiffs,

v.

BED BATH & BEYOND, INC.,

    Defendant.

## NOTICE OF PENDING, REFILED, RELATED OR SIMILAR CASE

Plaintiffs, DONALD BLAIR and DEBBIE HOLLAND, on behalf of themselves, and all others similarly situated, pursuant to Local Rule 3.8, hereby file this Notice of Pending, Refiled, Related or Similar Case, to inform this Court of another case, *Elibrahimi v. Bed Bath & Beyond, Inc.,* CASE NO. 0:16-cv-62573-FAM (S.D. Fla.) "which involves subject matter which is a Material part of the subject matter of another action or proceeding then pending before this Court...." Section 2.15.00 of the Internal Operating Procedures of the Southern District of Florida. Pursuant to Local Rule 3.8, it is the "continuing duty of counsel" to notify the Court of such related actions.

The *Elibrahimi* matter arises from the same operative facts as the instant action. A cursory look at the complaint confirms that Plaintiffs and Elibrahimi have alleged similar causes of action against the Defendant. Simply put, these matters are related.

Dated: January 24, 2017.                        Respectfully submitted,

                                                    *s/Edward H. Zebersky*
                                                    Edward H. Zebersky, Esq. (FBN: 0908370)
                                                    ezebersky@zpllp.com

Todd S. Payne, Esq. (FBN: 834520)
tpayne@zpllp.com
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, FL  33301
Telephone:  (954) 989-6333
Facsimile:  (954) 989-7781

Robert B. Carey *(pro hac vice* pending)
Leonard W. Aragon *(pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

and

Stuart M. Paynter *(pro hac vice* pending)
THE PAYNTER LAW FIRM PLLC
1200 G. Street NW, Suite 800
Washington, D.C.  20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

*Attorneys for Plaintiffs*