UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60178-CV-MIDDLEBROOKS/BRANNON

DONALD BLAIR, *et al.*,

                     *Plaintiffs,*

     vs.

BED BATH & BEYOND, INC.,

                     *Defendant.*

**[PROPOSED] ORDER ON DEFENDANT'S MOTION TO STAY PENDING DECISION
ON ITS MOTION TO DISMISS OR TRANSFER THE COMPLAINT**

     **THIS MATTER** came before the Court on Defendant Bed Bath & Beyond, Inc,'s Motion to Stay Pending Decision On Its Motion To Dismiss Or Transfer the Complaint (the "Motion").  The Court having reviewed the Motion, the record, and being otherwise fully and duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1) The Motion is **GRANTED**.

    2) With the exception of briefing Defendant's Motion to Dismiss or Transfer the Complaint, this matter is **STAYED** pending resolution of Defendant's Motion to Dismiss or Transfer the Complaint.

    3) The briefing scheduling on Defendant's Motion to Dismiss or Transfer the Complaint is **EXPEDITED** as follows:

        a.  Plaintiffs must file their response by March 2, 2017.

        b.  Defendant must file its reply by March 6, 2017.

     **DONE and ORDERED** this ___ day of _____, 2017 in chambers in West Palm Beach, Florida.

1

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:      counsel of record