UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-60178/MIDDLEBROOKS/BRANNON

DONALD BLAIR and DEBBIE HOLLAND, on behalf of themselves, and all others similarly situated,

    Plaintiffs,

v.

BED BATH & BEYOND, INC.,

    Defendant.

## NOTICE OF FILING DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BED BATH & BEYOND, INC.'S MOTION TO DISMISS OR TRANFER THE COMPLAINT

Plaintiffs Donald Blair and Debbie Holland give notice of filing the Declaration of Leonard W. Aragon attached hereto as Exhibit 1 in Support of their Opposition to the Defendant's Motion to Dismiss or Transfer the Complaint.

Dated: March 7, 2017

Respectfully submitted,

 */s/ Edward H. Zebersky*
Edward H. Zebersky, Esq. (FBN: 0908370)
Todd S. Payne, Esq. (FBN: 834520)
ezebersky@zpllp.com
tpayne@zpllp.com
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Ste. 2150
Fort Lauderdale, Florida 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781

Robert B. Carey *(pro hac vice)*
Leonard W. Aragon *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900

Facsimile: (602) 840-3012
rob@hbsslaw.com
leonard@hbsslaw.com

and

Stuart M. Paynter *(pro hac vice)*
THE PAYNTER LAW FIRM PLLC
1200 G. Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

 /s/Edward H. Zebersky
Attorney

### Service List
*Blair, et al. v. Bed Bath & Beyond, Inc.*
Case No. 0:17-cv-60178-DMM

**Counsel for Plaintiffs**

Edward H. Zebersky, Esq. (FBN: 0908370)
ezebersky@zpllp.com
Todd S. Payne, Esq. (FBN: 834520)
tpayne@zpllp.com
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781

Robert B. Carey *(pro hac vice)*
Leonard W. Aragon *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com; leonard@hbsslaw.com

Stuart M. Paynter *(pro hac vice)*
THE PAYNTER LAW FIRM PLLC
1200 G. Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

- 3 -

**Counsel for Defendant**

Peter W. Homer (FBN: 291250)
phomer@homerbonner.com
Yaniv Adar (FBN: 63804)
yadar@homerbonner.com
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5136
Facsimile: (305) 982-0070