Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-60178/MIDDLEBROOKS/BRANNON

DONALD BLAIR and DEBBIE HOLLAND, on behalf of themselves, and all others similarly situated,

    Plaintiffs,

v.

BED BATH & BEYOND, INC.,

    Defendant.

**DECLARATION OF LEONARD W. ARAGON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT BED BATH & BEYOND, INC.'S MOTION TO DISMISS OR TRANFER THE COMPLAINT**

I, LEONARD W. ARAGON, declare as follows:

1. I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP, counsel of record for Plaintiffs in *Donald Blair, et al. v. Bed Bath & Beyond, Inc.,* No. 0:17-cv-60178-DMM. I moved for admission *Pro Hac Vice* in this matter on February 1, 2017 [D.E. 7]. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Shortly after filing, Plaintiffs sought Defendant's position on consolidation or coordination.

3. During a short phone call, Bed Bath & Beyond's counsel explained that it could not give a position at that time regarding coordination or consolidation because another firm was defending *Elibrahimi*[1].

---

[1] *Elibrahimi v. Bed Bath & Beyond, Inc.* 0:16-cv-62573-FAM (S.D. Fla), was filed on October 30, 2016, and is pending before the Honorable Federico Moreno.

4. Counsel sent follow-up e-mails asking for Bed Bath & Beyond's position on coordination and consolidation to no avail.

5. On March 1, 2017, Bed Bath & Beyond finally rejected Plaintiffs' offer to seek consolidation because the sheets at issue in *Elibrahimi* were allegedly manufactured by a different company and Bed Bath & Beyond has different counsel in that case.

6. Bed Bath & Beyond has still not given its position on coordination.

7. My law partner Rob Carey and I have primary responsibility for this case and have significant class action and consumer law experience.

8. As lead or co-lead counsel, Rob Carey and I routinely manage, litigate, and resolve nationwide class actions.

9. Mr. Carey and I teach class action law at Arizona State University's Sandra Day O'Connor College of Law, and Mr. Carey is the editor of the ABA's survey of state class action law to be released later this year and I authored several of its chapters.

10. On March 6, 2017, I downloaded the Entity Name List for Bed Bath & Beyond from the Florida Division of Corporations on sunbiz.org. The document is attached as Exhibit A. This document lists active and inactive entities in Florida doing business as Bed Bath & Beyond. It appears there is only one active entity, and 16 inactive entities, for Bed Bath & Beyond. Since June 9th, 1992, at least 17 entities were formed in Florida doing business as Bed Bath & Beyond.

11. On March 6, 2017, I downloaded the document attached as Exhibit B detailing the active entity in Florida doing business as Bed Bath & Beyond from the Florida Division of Corporations on sunbiz.org. Bed Bath & Beyond has been an active corporation in Florida since 1992. This document confirms Bed Bath & Beyond filed an annual report for 2016, showing

they are an active corporation operating in the state. This document also includes information on a Registered Agent in based in Tallahassee, Florida.

12. On March 6, 2017, I downloaded Bed Bath and Beyond's Form 10-K annual report from the United States Securities and Exchange Commission website. This document, attached as Exhibit C, contains financial information for the fiscal year ending February 27th, 2016. This document shows that Bed Bath & Beyond operation 96 retail stores in the state of Florida.

13. Bed Bath & Beyond's 10k confirms it operates, conducts, and engages in the business of retail sales in the state for pecuniary gain.

14. The 10k and filings with Florida's Department of Corporations confirms Bed Bath & Beyond operates its stores directly, not through a subsidiary or agent.

15. The 10k and filings with Florida's Department of Corporations confirms Bed Bath & Beyond has had substantial contacts with Florida for over 25 years by maintaining and operating retail stores in Florida, and regularly sells merchandise for profit to Florida residents.

16. Bed Bath & Beyond is already litigating a putative class action in the State alleging it sold falsely labeled 100% Egyptian Cotton sheets to Florida residents, *Elibrahimi v. Bed Bath & Beyond*.

17. In late February, I called counsel for Elibrahimi, to confer about coordination or consolidation.

18. After leaving a message with counsel's answering service, I received a call from a firm representative who told me "one of the guys in charge" would return my call. I still have not received a call from Elibrahimi's counsel to this day.

19. To my knowledge, counsel for Elibrahimi does not operate a website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of March, 2017 at Phoenix, Arizona.

*/s/ Leonard W. Aragon*
LEONARD W. ARAGON