# EXHIBIT A

Florida Department of State                                                   DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search By Entity Name  /

Previous List    Next List                                                    Entity Name Search
                                                                              Search

## Entity Name List

| Corporate Name | Document Number | Status |
| --- | --- | --- |
| BED BATH & BEYOND INC. | P39181 | Active |
| BED BATH & BEYOND OF BOCA RATON INC. | P93000033359 | NAME HS |
| BED BATH & BEYOND OF BOCA RATON INC. | P94000080199 | INACT |
| BED BATH & BEYOND OF BRANDON INC. | P94000038634 | INACT |
| BED BATH & BEYOND OF CARROLLWOOD INC. | P95000047878 | INACT |
| BED BATH & BEYOND OF DADELAND STATION INC. | P94000075190 | INACT |
| BED BATH & BEYOND OF HIALEAH INC. | P93000033359 | INACT |
| BED BATH AND BEYOND OF INTERNATIONAL DRIVE INC. | P94000068298 | INACT |
| BED BATH & BEYOND OF JACKSONVILLE INC. | P97000009968 | INACT |
| BED BATH & BEYOND OF KENDALL, INC. | S83670 | INACT |
| BED BATH & BEYOND OF NAPLES INC. | P96000037860 | INACT |
| BED, BATH & BEYOND OF ORLANDO, INC. | S77549 | INACT |
| BED BATH & BEYOND OF PEMBROKE PINES INC. | P97000034795 | INACT |
| BED BATH & BEYOND OF SAWGRASS, INC. | L78890 | INACT |
| BED BATH & BEYOND OF SAWGRESS, INC. | L78890 | NAME HS |
| BED BATH & BEYOND OF WEST KENDALL INC. | P94000075191 | INACT |
| BED BATH & BEYOND OF WEST PALM BEACH, INC. | P93000040747 | INACT |
| BED, BATH & BODY LLC | L01000022184 | INACT |
| BED AND BATH BOUTIQUE, INC. | G62282 | INACT |
| BED & BATH BOUTIQUE, INC. | P97000096674 | INACT |

Previous List    Next List                                                    Entity Name Search
                                                                              Search

Florida Department of State, Division of Corporations