# EXHIBIT B

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

## Detail by Entity Name

Foreign Profit Corporation
BED BATH & BEYOND INC.

**Filing Information**

**Document Number**      P39181
**FEI/EIN Number**       11-2250488
**Date Filed**           06/09/1992
**State**                NY
**Status**               ACTIVE

**Principal Address**

650 LIBERTY AVE
UNION, NJ 07083

Changed: 04/16/1997

**Mailing Address**

650 LIBERTY AVE
ATTN: RISK MANAGEMENT
UNION, NJ 07083

Changed: 04/16/2010

**Registered Agent Name & Address**

THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYES ST.
STE. 105
TALLAHASSEE, FL 32301

Name Changed: 11/01/1993

Address Changed: 05/01/1994

**Officer/Director Detail**

**Name & Address**

Title CFO - TREASURER

LATTMANN, SUSAN
650 LIBERTY AVE
UNION, NJ 07083

Title P

STARK, ARTHUR
650 LIBERTY AVE
UNION, NJ 07083

Title VPT

STEVEN, TAPLITS
650 LIBERTY AVE
UNION, NJ 07083

Title CEO

TEMARES, STEVEN
650 LIBERTY AVE
UNION, NJ 07083

Title SVP

FIORILLI, MATTHEW
650 LIBERTY AVE
UNION, NJ 07083

Title COO

CASTAGNA, EUGENE A
650 LIBERTY AVE
UNION, NJ 07083

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2014 | 04/22/2014 |
| 2015 | 04/24/2015 |
| 2016 | 04/27/2016 |

**Document Images**

| | |
| --- | --- |
| 04/27/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/22/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/29/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/16/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2009 -- ANNUAL REPORT | View image in PDF format |
| 05/19/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/27/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/05/2003 -- ANNUAL REPORT | View image in PDF format |

Case 0:17-cv-60178-DMM   Document 23-3   Entered on FLSD Docket 03/07/2017   Page 4 of 4

| | |
|---|---|
| 05/27/2002 -- ANNUAL REPORT | View image in PDF format |
| 05/16/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/23/2000 -- ANNUAL REPORT | View image in PDF format |
| 05/07/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/14/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/16/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations