UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60178-MIDDLEBROOKS/BRANNON

DONALD BLAIR, *et al.*,

        *Plaintiffs,*

vs.

BED BATH & BEYOND, INC.,

        *Defendant.*

## NOTICE OF CONSENT TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. § 1404 (a) and 28 U.S.C. § 1406 (a) the Defendant moved to transfer this matter to the Southern District of New York. [DE 13]. Plaintiffs consent to the relief requested and assert that the Court should transfer this matter to the United States District Court for the Southern District of New York. In support of this Notice, Plaintiffs state as follows:

1. On January 24, 2017, Plaintiffs filed their Class Action Complaint against BED BATH & BEYOND, INC. (hereinafter "BB&B"). [DE 1].

2. On February 21, 2017, BB&B filed its Motion to Dismiss or Transfer the Complaint or Stay This Action and Incorporated Memorandum of Law (the "Motion to Dismiss or Transfer"). [DE 13]. In the portion of the motion requesting transfer, BB&B argued that this matter should be transferred to the Southern District of New York.

3. On March 7, 2017, Plaintiffs filed their Opposition to BB&B's Motion to Transfer the Complaint (the "Opposition"), arguing, in part, that transfer to the Southern District of New

York was, at that time, inappropriate while *Elibrahimi v. Bed Bath & Beyond, Inc.* Case No. 16-62573-cv-Moreno (S.D. Fla.), a case Plaintiffs believe is substantively similar to the present case, was being litigated in the Southern District of Florida.

4. On March 9, 2017, the Honorable Federico A. Moreno dismissed the *Elibrahimi* matter. [DE 24-2] (the "*Elibrahimi* Order of Dismissal").

5. In light of the *Elibrahimi* Order of Dismissal, the Plaintiffs agree that the interests of justice warrant the transfer of this matter to the Southern District of New York pursuant to 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to any other district where it might have been brought.)

6. Plaintiffs, in accordance with Local Rule 7.1 conferred with the Defendant to file a Joint Motion to transfer this matter to the United States District Court for the Southern District of New York mooting the need to rule on the Motion to Dismiss. The Defendant originally agreed to file a Joint Motion, but then declined.

WHEREFORE, the Plaintiffs consent to the transfer from this Court to the United States District Court for the Southern District of New York.

Dated: March 28, 2017                                     Respectfully submitted,

                                                          *s/Edward H. Zebersky*
                                                          Edward H. Zebersky, Esq. (FBN: 0908370)
                                                          Todd S. Payne, Esq. (FBN: 834520)
                                                          ezebersky@zpllp.com
                                                          tpayne@zpllp.com
                                                          ZEBERSKY PAYNE, LLP
                                                          110 S.E. 6th Street, Ste. 2150
                                                          Fort Lauderdale, Florida 33301
                                                          Telephone: (954) 989-6333
                                                          Facsimile: (954) 989-7781

                                                          Robert B. Carey (admitted *pro hac vice*)
                                                          Leonard W. Aragon (admitted *pro hac vice*)
                                                          HAGENS BERMAN SOBOL SHAPIRO LLP

>
> 11 West Jefferson Street, Suite 1000
> Phoenix, Arizona 85003
> Telephone: (602) 840-5900
> Facsimile: (602) 840-3012
> rob@hbsslaw.com
> leonard@hbsslaw.com
>
> and
>
> Stuart M. Paynter (admitted *pro hac vice*)
> THE PAYNTER LAW FIRM PLLC
> 1200 G. Street NW, Suite 800
> Washington, D.C. 20005
> Telephone: (202) 626-4486
> Facsimile: (866) 734-0622
> stuart@paynterlawfirm.com
>
> *Attorneys for Plaintiffs*
> *Donald Blair and Debbie Holland*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by operation of this Court's electronic case filing system on March 28, 2017 on all counsel or parties of record on the Service List below.

>  *s/Edward H. Zebersky*
> Edward H. Zebersky

**Service List**
*Blair, et al. v. Bed Bath & Beyond, Inc.*
Case No. 0:17-cv-60178-Middlebrooks/Brannon

**Counsel for Plaintiffs**

Edward H. Zebersky, Esq. (FBN: 0908370)
ezebersky@zpllp.com
Todd S. Payne, Esq. (FBN: 834520)
tpayne@zpllp.com
ZEBERSKY PAYNE, LLP
110 S.E. 6th Street, Suite 2150
Fort Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781

[1602110/1]

Robert B. Carey *(pro hac vice)*
Leonard W. Aragon *(pro hac vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com; leonard@hbsslaw.com

Stuart M. Paynter *(pro hac vice)*
THE PAYNTER LAW FIRM PLLC
1200 G. Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

**Counsel for Defendant**

Peter W. Homer (FBN: 291250)
phomer@homerbonner.com
Yaniv Adar (FBN: 63804)
yadar@homerbonner.com
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5136
Facsimile: (305) 982-0070

[1602110/1]

4