UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-60178-CV-Middlebrooks/Brannon

DONALD BLAIR and DEBBIE
HOLLAND, on behalf of themselves,
and all others similarly situated,

      Plaintiffs,

v.

BED BATH & BEYOND, INC.,

      Defendant.
_____/

### ORDER TRANSFERRING CASE TO SOUTHERN DISTRICT OF NEW YORK

THIS CAUSE comes before the Court upon Plaintiffs Donald Blair and Debbie Holland's ("Plaintiffs") Notice of Consent to Transfer (DE 25), filed on March 28, 2017, and Defendant Bed Bath & Beyond, Inc.'s ("Defendant") Response to Notice, filed on March 29, 2017 (DE 26).

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The Parties having consented to transfer to the Southern District of New York, it is hereby

**ORDERED AND ADJUDGED** that

(1) The Clerk of Court shall **TRANSFER** Case No. 17-cv-60178 to the Southern District of New York.

(2) The Clerk of Court shall **CLOSE the case** in this district and **DENY any PENDING MOTIONS as MOOT.**

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this _30_ day of March, 2017.

                                                       DONALD M. MIDDLEBROOKS
                                                       UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record